1

2

3

4

Daniel L. Feder, Esq., SB # 130867
**LAW OFFICES OF DANIEL FEDER**
332 Pine Street, Suite 700
San Francisco, CA  94104
Telephone:     (415) 391-9476
Facsimile:     (415) 391-9432
Email:  danfeder@pacbell.net

5

Attorneys for Plaintiff
DANIEL RAMIREZ

GRANTED

*E. David J. Davila*

Judge Edward J. Davila

6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8

9

10

11

12

13

14

15

16

| DANIEL RAMIREZ, individually and on behalf of all others similarly situated, | ) ) ) | **Case No.: 5:10-CV-04374-EJD** |
|---|---|---|
| Plaintiff, | ) ) ) ) | **PLAINTIFF DANIEL RAMIREZ' REQUEST FOR TELEPHONIC APPEARANCE AT JUNE 15, 2011 CASE MANAGEMENT CONFERENCE** |
| v. | ) ) | |
| UNITED RENTALS, INC., a Delaware corporation; and DOES 1-50, inclusive, | ) ) ) | **Judge: Hon. Edward J. Davila**  **Date: June 15, 2011** |
| Defendant. | ) ) ) ) | **Time: 9:00 a.m.**  **Courtroom: 1** |

17

18

19

20

21

22

23

Pursuant to Civil Local Rule 16-10 and this Court's Standing Order re: Scheduling Telephonic

Appearances, Plaintiff Daniel Ramirez, by and through his counsel, hereby submits thisrequest

for its attorney, Daniel Feder, to appear telephonically at the case management conference

presently scheduled for 9:00 a.m. on Wednesday, June 15, 2011.

24

25

26

27

28

Plaintiff's counsel resides in San Rafael, CA.  June 15th is counsel's birthday, and he would like

to appear by telephone from his residence, rather than driving to San Jose for the hearing. He has

relatives visiting from out of town, and he would like the additional time to spend with his

family.

1

2   Plaintiff has advised Defendant of its intent to make this Request and is not aware of any

3   objection or opposition Defendant might make to this Request.

4

5

6   Dated:  June 13, 2011                          THE LAW OFFICE OF DANIEL FEDER

7

8                                                  By:_____/S/_____

9                                                       DANIEL L. FEDER

10

11                              **<u>ORDER</u>**

12

13   I hereby grant permission for Plaintiff to appear telephonically, for the Case Management

14   Conference, scheduled on June 15, 2011, in Courtroom 1.

15

16   Dated: June 13, 2011                         By:_____

17                                                     Hon. Edward J. Davila

18

19

20

21

22

23

24

25

26

27

28

DANIEL RAMIREZ v. UNITED RENTALS, INC.., et al.