IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL RAMIREZ, | CASE NO. 5:10-cv-04374 EJD |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED RENTALS, INC., | |
| Defendant(s). | |

Having reviewed the parties Joint Case Management Statement (see Docket Item No. 17), the court has determined that a Case Management Conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for October 28, 2011, is VACATED.

The court instead schedules this case for a Preliminary Pretrial Conference on **March 9, 2012, at 11:00 a.m.** The parties shall file a Joint Preliminary Pretrial Conference Statement on or before **February 28, 2012.**

**IT IS SO ORDERED.**

Dated: October 24, 2011

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:10-cv-04374 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE