1   MICHELLE B. HEVERLY, Bar No. 178660
    TODD K. BOYER, Bar No. 203132
2   MICHAEL E. HARVEY, Bar No. 267684
    LITTLER MENDELSON, P.C.
3   50 W. San Fernando, 15th Floor
    San Jose, CA 95113.2303
4   Telephone:    408.998.4150
    Facsimile:    408.288.5686
5
    Attorneys for Defendant
6   UNITED RENTALS NORTHWEST, INC.
    (ERRONEOUSLY SUED HEREIN AS UNITED
7   RENTALS, INC.)

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13   DANIEL RAMIREZ,                    Case No. 5:10-cv-04374 -EJD

14              Plaintiff,              **STIPULATION FOR LEAVE TO FILE
                                        FIRST AMENDED COMPLAINT AND
15       v.                             FOR LEAVE TO FILE AMENDED
                                        ANSWER TO COMPLAINT/FIRST
16   UNITED RENTALS, INC., a Delaware   AMENDED COMPLAINT**
     Corporation, and DOES 1 through 100,
17   inclusive,

18              Defendant.

19

20          Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Defendant United

21   Rentals Northwest, Inc. (erroneously sued herein as United Rentals, Inc.) (hereinafter "United

22   Rentals" or "Defendant") and Plaintiff Daniel Ramirez (hereinafter "Plaintiff") hereby stipulate as

23   follows:

24          1.      United Rentals Northwest, Inc., and not United Rentals, Inc., is the proper

25   party Defendant in this action.  In order to effectuate the substitution of United Rentals Northwest,

26   Inc. for United Rentals, Inc. as a named Defendant in this action, Plaintiff may file a First Amended

27   Complaint within thirty (30) days of signing this stipulation to substitute United Rentals Northwest,

28   Inc. for United Rentals, Inc.

LITTLER MENDELSON, P.C
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

Case No. 5:10-cv-04374-EJD

STIP FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND ANSWER THERETO

1    2.    Plaintiff's First Amended Complaint may also name up to two additional

2  plaintiffs as class representatives, if such First Amended Complaint is filed within the thirty (30) day

3  period.  No other changes, claims or causes of action may be made or raised in the First Amended

4  Complaint.  Defendant reserves all rights, objections, and defenses with respect to the propriety of

5  the class representatives identified in the First Amended Complaint.

6    3.    The parties agree to allow Defendant to file an Amended Answer to Plaintiff's

7  original Complaint, in the form attached to as Exhibit A.  Defendant may file an Answer to

8  Plaintiff's First Amended Complaint within 10 days of Plaintiff filing the First Amended Complaint.

9  Defendant's Answer to Plaintiff's First Amended Complaint.

10  Dated:    December 12, 2011

11

12                                    _____ /s/ Helen Marsh _____
                                      HELEN MARSH
13                                    LAW OFFICES OF DANIEL FEDER
                                      Attorneys for Plaintiff
14                                    DANIEL RAMIREZ

15  Dated:    December 12, 2011

16                                    _____ /s/ Todd K. Boyer _____
                                      TODD K. BOYER
17                                    LITTLER MENDELSON
                                      A Professional Corporation
18                                    Attorneys for Defendant
                                      UNITED RENTALS NORTHWEST, INC.
19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113 2303
408 998 4150

2.

Case No. 5:10-cv-04374-EJD

STIP FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND ANSWER THERETO

1

**ORDER**

2            Good cause appearing, the parties stipulation to allow Plaintiff to file a First

3   Amended Complaint, and for Defendant to file an Answer thereto as set forth in the Stipulation

4   above, is hereby GRANTED.
    On or before December 16, 2011 Defendant shall file its Answer as attached Exhibit A as a separate

5   docket entry.  The pleading should also reflect the correct case number as follows: 5:10-cv-4374-EJD

6    Dated: December 15, 2011

7                                                              Edward J. Davila

8   Firmwide:105153758.2 028767.1089                          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

# EXHIBIT A

1  MICHELLE B. HEVERLY, Bar No. 178660
   TODD K. BOYER, Bar No. 203132
2  MICHAEL E. HARVEY, Bar No. 267684
   LITTLER MENDELSON, P.C.
3  50 W. San Fernando, 15th Floor
   San Jose, CA  95113.2303
4  Telephone:    408.998.4150
   Facsimile:    408.288.5686
5
   Attorneys for Defendant
6  UNITED RENTALS NORTHWEST, INC.
   (ERRONEOUSLY SUED HEREIN AS UNITED
7  RENTALS, INC.)

8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12  DANIEL RAMIREZ,                    Case No.  5:10:cv-04372-EJD

13              Plaintiff,             **DEFENDANT UNITED RENTALS
                                       NORTHWEST, INC.'S AMENDED
14       v.                            ANSWER TO PLAINTIFF'S COMPLAINT**

15  UNITED RENTALS, INC., a Delaware
    Corporation, and DOES 1 through 100,
16  inclusive,

17              Defendant.

18

19        Defendant United Rentals Northwest, Inc. ("Defendant") hereby answers Plaintiff

20  Daniel Ramirez' ("Plaintiff") First Amended Complaint by admitting, denying, and alleging as

    follows:
21
          1.      Answering the allegations of paragraph 1, Defendant admits that Plaintiff was
22
    employed by Defendant United Rentals Northwest, Inc. as a delivery driver in the City of San Jose
23
    and County of Santa Clara, California.  Defendant denies that Plaintiff was employed by "UNITED
24
    RENTALS, INC."  Defendant is unable to admit or deny the remaining allegations as Defendant
25
    lacks sufficient information upon which to admit or deny the truth of the remaining factual
26
    allegations contained in paragraph 1, and on that basis denies the remaining allegations of said
27
    paragraph.
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

No.  5:10:cv-04374-EJD

DEFENDANT UNITED RENTALS NORTHWEST, INC.'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

1          2.      Answering the allegations of paragraph 2, Defendant admits that United

2  Rentals, Inc. is a Delaware corporation.  Defendant denies that United Rentals, Inc. is currently, and

3  at all relevant times in the Complaint was, doing business in the State of California because United

4  Rentals, Inc. is principally a holding company, that conducts its operations through its subsidiaries,

5  but United Rentals, Inc. does not itself conduct business in California, nor did it at any relevant times

6  in the Complaint.  Defendant admits that Defendant United Rentals Northwest, Inc. was, and still is,

7  a corporation incorporated under the laws of the State of Oregon with its principal place of business

8  in the state of Connecticut.  Defendant admits that United Rentals Northwest, Inc., among other

9  things, provides rentals of heavy equipment and operates stores throughout the State of California.

10  Except as so admitted, Defendant denies each and every allegation in paragraph 2.

11         3.      Answering the allegations of paragraph 3, Defendant is without sufficient

12  knowledge or information to form a belief as to the truth of the allegations contained in said

13  paragraph, and on that basis denies each and every allegation contained therein.

14         4.      Answering the allegations of paragraph 4, Defendant is unable to admit or

15  deny the allegations because there are no factual allegations in this paragraph.

16         5.      Answering the allegations of paragraph 5, Defendant is unable to admit or

17  deny the allegations because there are no factual allegations in this paragraph.

18         6.      Answering the allegations of paragraph 6, Defendant is without sufficient

19  knowledge or information to form a belief as to the truth of the allegations contained in said

20  paragraph, and on that basis denies each and every allegation contained therein.

21         7.      Answering the allegations of paragraph 7, Defendant is unable to admit or

22  deny the allegations because there are no factual allegations in this paragraph.

23         8.      Answering the allegations of paragraph 8, Defendant admits that Plaintiff was

24  employed by Defendant United Rentals Northwest, Inc. in the County of Santa Clara.  Except as so

25  admitted, Defendant denies each and every allegation contained in the said paragraph.

26         9.      Answering the allegations of paragraph 9, Defendant is unable to admit or

27  deny the allegation that State policy favors jurisdiction and venue in Santa Clara County, because, as

28  stated, these are conclusions of law or legal principles asserted by Plaintiff and are not allegations of

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113-2303
408.998.4150

2.        No.  5:10:cv-04374-EJD

DEFENDANT UNITED RENTALS NORTHWEST, INC.'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

1  fact to which an admission or denial is required by the Federal Rules of Civil Procedure.  To the

2  extent said paragraph contains allegations of fact, Defendant denies each and every allegation

3  contained therein.

4       10.    Answering the allegations of paragraph 10, Defendant admits that some of the

5  witnesses and evidence relevant to this case are located in Santa Clara County in California.  Except

6  as so admitted, Defendant denies each and every allegation contained in said paragraph.

7       11.    Answering the allegations of paragraph 11, Defendant denies that Defendant

8  suffers no burden or hardship by having to defend this case in Santa Clara County Superior Court

9  and the case is properly removed to Federal Court.  Defendant is without sufficient knowledge or

10  information to form a belief as to the truth of the remaining allegations contained in paragraph 11,

11  and on that basis denies each and every allegation contained therein.

12       12.    Answering the allegations of paragraph 12, Defendant admits that the amount

13  in controversy exceeds the minimum jurisdictional threshold of the Santa Clara County Superior

14  Court and for the United States District Court, but Defendant denies liability for said amount.

15       13.    Answering the allegations of paragraph 13, Defendant admits that it employed

16  Plaintiff from on or about February 2005 through February 19, 2010 as a delivery driver.  At the

17  time of Plaintiff's termination, Plaintiff's pay rate was $21.2492 per hour.  Except as so admitted,

18  Defendant denies each and every allegation contained in the said paragraph.

19       14.    Answering the allegations of paragraph 14, Defendant denies each and every

20  allegation of paragraph 14.

21       15.    Answering the allegations of paragraph 15, Defendant denies each and every

22  allegation of paragraph 15.

23       16.    Answering the allegations of paragraph 16, Defendant is unable to admit or

24  deny the allegations because there are no factual allegations in this paragraph.

25       17.    Answering the allegations of paragraph 17, Defendant denies each and every

26  allegation of paragraph 17.

27       18.    Answering the allegations of paragraph 18, Defendant denies each and every

28  allegation of paragraph 18.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

3.                    No. 5:10:cv-04374-EJD

DEFENDANT UNITED RENTALS NORTHWEST, INC.'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

1            19.    Answering the allegations of paragraph 19, Defendant denies each and every

2    allegation of paragraph 19.

3            20.    Answering the allegations of paragraph 20, Defendant admits that it has

4    employed delivery drivers in the State of California.  Except as so admitted, Defendant denies each

5    and every allegation contained in said paragraph.

6            21.    Answering the allegations of paragraph 21, Defendant denies each and every

7    allegation of paragraph 21.

8            22.    Answering the allegations of paragraph 22, Defendant is without sufficient

9    knowledge or information to form a belief as to the truth of the allegations contained in said

10   paragraph, and on that basis denies each and every allegation contained therein.

11           23.    Answering the allegations of paragraph 23, Defendant is without sufficient

12   knowledge or information to form a belief as to the truth of the allegations contained in said

13   paragraph, and on that basis denies each and every allegation contained therein.

14           24.    Answering the allegations of paragraph 24, Defendant is without sufficient

15   knowledge or information to form a belief as to the truth of the allegations contained in said

16   paragraph, and on that basis denies each and every allegation contained therein.

17           25.    Answering the allegations of paragraph 25, Defendant is without sufficient

18   knowledge or information to form a belief as to the truth of the allegations contained in said

19   paragraph, and on that basis denies each and every allegation contained therein.

20           26.    Answering the allegations of paragraph 26, Defendant denies each and every

21   allegation of paragraph 26.

22           27.    Answering the allegations of paragraph 27, Defendant admits that at least

23   some of the names and current and/or former addresses of persons who are members of the proposed

24   class are available from Defendant's records.  Except as so admitted, Defendant denies each and

25   every allegation contained in the said paragraph.

26           28.    Answering the allegations of paragraph 28, Defendant denies engaging in

27   "unlawful acts and unfair trade practices," and on that basis, denies further that such acts and

28   practices affected members of the proposed class.  Defendant denies that any or all members of the

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

4.

No. 5:10:cv-04374-EJD

DEFENDANT UNITED RENTALS NORTHWEST, INC.'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

1  proposed class have been denied all wages, overtime, and meal and rest periods. Defendant is

2  unable to admit or deny the remaining allegations of paragraph 28, because, as stated, these are

3  questions of law or fact asserted by Plaintiff, and are not allegations of fact to which an admission or

4  denial is required by the Federal Rules of Civil Procedure. To the extent remaining allegations of

5  said paragraph contain allegations of fact, Defendant denies each and every allegation contained

6  therein.

7         29.   Answering the allegations of paragraph 29, Defendant denies each and every

8  allegation of paragraph 29.

9         30.   Answering the allegations of paragraph 30, Defendant denies that Plaintiff has

10  no interests that are adverse to or in conflict with other members of the class. With respect to the

11  remaining allegations in paragraph 30, Defendant is without sufficient knowledge or information to

12  form a belief as to the truth of such allegations, and on that basis denies each and every allegation

13  contained therein.

14  **DEFENDANT'S ANSWER TO PLAINTIFF'S GENERAL FACTUAL**

15  **ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

16         31.   Answering the allegations of paragraph 31, Defendant admits that Plaintiff

17  purports to have brought this action on behalf of himself and all current and former delivery drivers

18  employed in the State of California by Defendant during all applicable statutes of limitations.

19  Defendant denies that Plaintiff is an appropriate class representative. Except as so admitted,

20  Defendant denies each and every allegation contained in the said paragraph.

21         32.   Answering the allegations of paragraph 32, Defendant admits that Plaintiff

22  worked for Defendant United Rentals Northwest, Inc. from on or about February 2005 through

23  February 19, 2010. Defendant denies that Plaintiff was employed by "UNITED RENTALS," as

24  defined by Plaintiff.

25         33.   Answering the allegations of paragraph 33, Defendant denies each and every

26  allegation of paragraph 33.

27         34.   Answering the allegations of paragraph 34, Defendant denies each and every

28  allegation of paragraph 34.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113-2303
408.998.4150

No. 5:10:cv-04374-EJD

DEFENDANT UNITED RENTALS NORTHWEST, INC.'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

1    35.    Answering the allegations of paragraph 35, Defendant is unable to admit or

2    deny the citations to the California Labor Code made by Plaintiff because, as stated, these are

3    statements of law, and not allegations of fact to which an admission or denial is required by the

4    Federal Rules of Civil Procedure.  Except as qualified in this paragraph, Defendant denies each and

5    every allegation contained in paragraph 35.

6    36.    Answering the allegations of paragraph 36, Defendant is unable to admit or

7    deny the citations to the California Industrial Welfare Commission ("IWC"), Wage Order 9-2001,

8    made by Plaintiff because, as stated, these are statements of law, and not allegations of fact to which

9    an admission or denial is required by the Federal Rules of Civil Procedure.  Except as qualified in

10   this paragraph, Defendant denies each and every allegation contained in paragraph 36.

11   37.    Answering the allegations of paragraph 37, Defendant is unable to admit or

12   deny the citations to the California Labor Code and IWC Wage Order 9-2001 made by Plaintiff

13   because, as stated, these are statements of law, and not allegations of fact to which an admission or

14   denial is required by the Federal Rules of Civil Procedure.  Except as qualified in this paragraph,

15   Defendant denies each and every allegation contained in paragraph 37.

16   38.    Answering the allegations of paragraph 38, Defendant denies each and every

17   allegation of paragraph 38.

18   39.    Answering the allegations of paragraph 39, Defendant denies each and every

19   allegation of paragraph 39.

20   40.    Answering the allegations of paragraph 40, Defendant is unable to admit or

21   deny whether Plaintiff seeks damages and injunctive relief because, as stated, these are not

22   allegations of fact to which an admission or denial is required by the Federal Rules of Civil

23   Procedure.  Except as qualified in this paragraph, Defendant denies each and every allegation of

24   paragraph 40.

25   41.    Answering the allegations of paragraph 41, Defendant is unable to admit or

26   deny whether Plaintiff seeks restitution of costs incurred by Plaintiff and members of the class under

27   California's Unfair Competition Law, because, as stated, these are not allegations of fact to which an

28   admission or denial is required by the Federal Rules of Civil Procedure.  To the extent said

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113 2303
408.998.4150

6.

No.  5:10:cv-04374-EJD

DEFENDANT UNITED RENTALS NORTHWEST, INC.'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

1    paragraph contains allegations of fact, Defendant denies each and every allegation contained therein.

2                    **DEFENDANT'S ANSWER TO FIRST CAUSE OF ACTION**

3              42.    Answering the allegations of paragraph 42, which incorporates by reference

4    each and every allegation contained in the Complaint, Defendant incorporates herein its answer to

5    each and every allegation contained the Complaint.

6              43.    Answering the allegations of paragraph 43, Defendant denies that Plaintiff and

7    putative class members have worked for Defendant without being paid for all hours worked, regular

8    and overtime.  Defendant alleges that Plaintiff's allegations herein are statements of law, and not

9    allegations of fact to which an admission or denial is required by the Federal Rules of Civil

10   Procedure.  To the extent said paragraph contains allegations of fact, Defendant denies each and

11   every allegation contained therein.

12             44.    Answering the allegations of paragraph 44, Defendant denies that it violated

13   statutory mandates to pay employees for all hours worked, and therefore, Defendant further denies

14   that Plaintiff and putative class members were damaged therefrom.  Defendant alleges that Plaintiff's

15   allegations herein are statements of law, and not allegations of fact to which an admission or denial

16   is required by the Federal Rules of Civil Procedure.  Except as qualified in this paragraph, Defendant

17   denies each and every allegation contained in said paragraph.

18             45.    Answering the allegations of paragraph 45, Defendant alleges that Plaintiff's

19   allegations herein are statements of law, and not allegations of fact to which an admission or denial

20   is required by the Federal Rules of Civil Procedure.   To the extent said paragraph contains

21   allegations of fact, Defendant denies each and every allegation contained therein.

22             46.    Answering the allegations of paragraph 46, Defendant alleges that Plaintiff's

23   allegations herein are statements of law, and not allegations of fact to which an admission or denial

24   is required by the Federal Rules of Civil Procedure.  Except as qualified in this paragraph, Defendant

25   denies each and every allegation contained in said paragraph.

26                  **DEFENDANT'S ANSWER TO SECOND CAUSE OF ACTION**

27             47.    Answering the allegations of paragraph 47, which incorporates by reference

28   each and every allegation contained in the Complaint, Defendant incorporates herein its answer to

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113-2303
408 998 4150

7.                    No. 5:10:cv-04374-EJD

DEFENDANT UNITED RENTALS NORTHWEST, INC.'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

1    each and every allegation contained the Complaint.

2            48.    Answering the allegations of paragraph 48, Defendant alleges that to the

3    extent Plaintiff is making legal conclusions as opposed to statements of fact, these allegations are

4    denied.  To the extent said paragraph contains allegations of fact, Defendant denies each and every

5    allegation contained therein.

6            49.    Answering the allegations of paragraph 49, Defendant denies that Plaintiff and

7    putative class members have worked for Defendant without being paid the minimum wage under

8    California law.  Defendant alleges that Plaintiff's allegations herein are statements of law, and not

9    allegations of fact to which an admission or denial is required by the Federal Rules of Civil

10   Procedure.  Except as qualified in this paragraph, Defendant denies each and every allegation

11   contained in said paragraph.

12           50.    Answering the allegations of paragraph 50, Defendant denies that it violated

13   statutory duties to comply with minimum wage requirements, and therefore, Defendant further

14   denies that Plaintiff and putative class members were damaged therefrom.  Defendant alleges that

15   Plaintiff's allegations herein are statements of law, and not allegations of fact to which an admission

16   or denial is required by the Federal Rules of Civil Procedure.  Except as qualified in this paragraph,

17   Defendant denies each and every allegation contained in said paragraph.

18                    **DEFENDANT'S ANSWER TO THIRD CAUSE OF ACTION**

19           51.    Answering the allegations of paragraph 51, which incorporates by reference

20   each and every allegation contained in the Complaint, Defendant incorporates herein its answer to

21   each and every allegation contained the Complaint.

22           52.    Answering the allegations of paragraph 52, Defendant alleges that Plaintiff's

23   allegations herein are statements of law, and not allegations of fact to which an admission or denial

24   is required by the Federal Rules of Civil Procedure.  Except as qualified in this paragraph, Defendant

25   denies each and every allegation contained in said paragraph.

26           53.    Answering the allegations of paragraph 53, Defendant denies that it had a

27   policy and practice of failing to pay all wages owed, and thus class members have not been

28   adversely affected thereby.  Defendant alleges that Plaintiff's allegations herein are statements of

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113-2303
408.998.4150

8.                                       No.  5:10:cv-04374-EJD

DEFENDANT UNITED RENTALS NORTHWEST, INC.'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

1   law, and not allegations of fact to which an admission or denial is required by the Federal Rules of

2   Civil Procedure.  Except as qualified in this paragraph, Defendant denies each and every allegation

3   contained in said paragraph.

4                     **DEFENDANT'S ANSWER TO FOURTH CAUSE OF ACTION**

5            54.    Answering the allegations of paragraph 54, which incorporates by reference

6   each and every allegation contained in the Complaint, Defendant incorporates herein its answer to

7   each and every allegation contained the Complaint.

8            55.    Answering the allegations of paragraph 55, Defendant alleges that Plaintiff's

9   allegations herein are statements of law, and not allegations of fact to which an admission or denial

10   is required by the Federal Rules of Civil Procedure.  Except as qualified in this paragraph, Defendant

11   denies each and every allegation contained in said paragraph.

12            56.    Answering the allegations of paragraph 56, Defendant denies that it failed to

13   provide class members with meal and rest periods in accordance with California Labor Code section

14   226.7 and applicable wage orders, and therefore, Defendant further denies that Plaintiff and class

15   members are entitled to recover any amount therefrom. Defendant alleges that Plaintiff's allegations

16   herein are statements of law, and not allegations of fact to which an admission or denial is required

17   by the Federal Rules of Civil Procedure.  Except as qualified in this paragraph, Defendant denies

18   each and every allegation contained in said paragraph.

19            57.    Answering the allegations of paragraph 57, Defendant denies that it failed to

20   provide Plaintiff and putative class members with meal and rest periods or wages in lieu thereof, and

21   therefore, Defendant denies that Plaintiff and putative class members have been damaged therefrom.

22   Defendant alleges that Plaintiff's allegations herein are statements of law, and not allegations of fact

23   to which an admission or denial is required by the Federal Rules of Civil Procedure.  Except as

24   qualified in this paragraph, Defendant denies each and every allegation contained in said paragraph.

25            58.    Answering the allegations of paragraph 58, Defendant alleges that Plaintiff's

26   allegations herein are statements of law, and not allegations of fact to which an admission or denial

27   is required by the Federal Rules of Civil Procedure.  Except as qualified in this paragraph, Defendant

28   denies each and every allegation contained in said paragraph.

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113 2303
408.998.4150

9.

No. 5:10:cv-04374-EJD

DEFENDANT UNITED RENTALS NORTHWEST, INC.'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

1                             **DEFENDANT'S ANSWER TO FIFTH CAUSE OF ACTION**

2              59.    Answering the allegations of paragraph 59, which incorporates by reference

3 each and every allegation contained in the Complaint, Defendant incorporates herein its answer to

4 each and every allegation contained the Complaint.

5              60.    Answering the allegations of paragraph 60, Defendant denies that it did not

6 furnish or maintain accurate records for its employees as required by California Labor Code section

7 226(a).  Defendant alleges that Plaintiff's allegations herein are statements of law, and not

8 allegations of fact to which an admission or denial is required by the Federal Rules of Civil

9 Procedure.  Except as qualified in this paragraph, Defendant denies each and every allegation

10 contained in said paragraph.

11              61.    Answering the allegations of paragraph 61, Defendant denies that it failed to

12 provide accurate information in paystubs and in its records, and thus further denies that it did so

13 knowingly or intentionally.  Accordingly, Defendant denies that Plaintiff and putative class members

14 were injured therefrom.  Defendant alleges that Plaintiff's allegations herein are statements of law,

15 and not allegations of fact to which an admission or denial is required by the Federal Rules of Civil

16 Procedure.  Except as qualified in this paragraph, Defendant denies each and every allegation

17 contained in said paragraph.

18              62.    Answering the allegations of paragraph 62, Defendant alleges that Plaintiff's

19 allegations herein are statements of law, and not allegations of fact to which an admission or denial

20 is required by the Federal Rules of Civil Procedure.  Except as qualified in this paragraph, Defendant

21 denies each and every allegation contained in said paragraph.

22              63.    Answering the allegations of paragraph 63, Defendant alleges that Plaintiff's

23 allegations herein are statements of law, and not allegations of fact to which an admission or denial

24 is required by the Federal Rules of Civil Procedure.  Except as qualified in this paragraph, Defendant

25 denies each and every allegation contained in said paragraph.

26                             **DEFENDANT'S ANSWER TO SIXTH CAUSE OF ACTION**

27              64.    Answering the allegations of paragraph 64, which incorporates by reference

28 each and every allegation contained in the Complaint, Defendant incorporates herein its answer to

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113 2303
408.998.4150

10.                      No. 5:10:cv-04374-EJD

DEFENDANT UNITED RENTALS NORTHWEST, INC.'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

1  each and every allegation contained the Complaint.

2          65.    Answering the allegations of paragraph 65, Defendant alleges that Plaintiff's

3  allegations herein are statements of law, and not allegations of fact to which an admission or denial

4  is required by the Federal Rules of Civil Procedure.  Except as qualified in this paragraph, Defendant

5  denies each and every allegation contained in said paragraph.

6          66.    Answering the allegations of paragraph 66, Defendant denies engaging in the

7  practices listed by Plaintiff in paragraph 66, and thus, Defendant further denies that any such

8  practices were unlawful and/or unfair business practices pursuant to Business and Professions Code

9  section 17200, *et seq.*  Defendant alleges that Plaintiff's allegations herein are statements of law, and

10  not allegations of fact to which an admission or denial is required by the Federal Rules of Civil

11  Procedure.  Except as qualified in this paragraph, Defendant denies each and every allegation

12  contained in said paragraph.

13          67.    Answering the allegations of paragraph 67, Defendant denies that Plaintiff and

14  the putative class members have suffered injuries in fact and further denies that they have lost money

15  as alleged in said paragraph.  Defendant alleges that Plaintiff's allegations herein are statements of

16  law, and not allegations of fact to which an admission or denial is required by the Federal Rules of

17  Civil Procedure.  Except as qualified in this paragraph, Defendant denies each and every allegation

18  contained in said paragraph.

19          68.    Answering the allegations of paragraph 68, Defendant denies that Plaintiff and

20  the putative class members have suffered injuries in fact and further denies that they have lost money

21  as alleged in said paragraph.  Defendant alleges that Plaintiff's allegations herein are statements of

22  law, and not allegations of fact to which an admission or denial is required by the Federal Rules of

23  Civil Procedure.  Except as qualified in this paragraph, Defendant denies each and every allegation

24  contained in said paragraph.

25          69.    Answering the allegations of paragraph 69, Defendant denies each and every

26  allegation of paragraph 69.

27          70.    Answering the allegations of paragraph 70, Defendant denies each and every

28  allegation of paragraph 70.

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

11.

No.  5:10-cv-04374-EJD

DEFENDANT UNITED RENTALS NORTHWEST, INC.'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

1   71. Answering the allegations of paragraph 71, Defendant alleges that Plaintiff's

2 allegations herein are statements of law, and not allegations of fact to which an admission or denial

3 is required by the Federal Rules of Civil Procedure.  Except as qualified in this paragraph, Defendant

4 denies each and every allegation contained in said paragraph.

5   72. Answering the allegations of paragraph 72, Defendant denies each and every

6 allegation of paragraph 72.

7   73. Answering the allegations of paragraph 73, Defendant denies each and every

8 allegation of paragraph 73.

9   74. Answering the allegations of paragraph 74, Defendant alleges that Plaintiff's

10 allegations herein are statements of law, and not allegations of fact to which an admission or denial

11 is required by the Federal Rules of Civil Procedure.  Except as qualified in this paragraph, Defendant

12 denies each and every allegation contained in said paragraph.

13   75. Answering the allegations of paragraph 75, Defendant alleges that Plaintiff's

14 allegations herein are statements of law, and not allegations of fact to which an admission or denial

15 is required by the Federal Rules of Civil Procedure.  Except as qualified in this paragraph, Defendant

16 denies each and every allegation contained in said paragraph.

17   76. Answering the allegations of paragraph 76, Defendant denies engaging in any

18 alleged "illegal conduct," and thus, Defendant further denies members of the putative class would be

19 subjected to such conduct if equitable relief were not granted.  Defendant alleges that Plaintiff's

20 allegations herein are statements of law, and not allegations of fact to which an admission or denial

21 is required by the Federal Rules of Civil Procedure.  Except as qualified in this paragraph, Defendant

22 denies each and every allegation contained in said paragraph.

23    **DEFENDANT'S ANSWER TO SEVENTH CAUSE OF ACTION**

24   77. Answering the allegations of paragraph 77, which incorporates by reference

25 each and every allegation contained in the Complaint, Defendant incorporates herein its answer to

26 each and every allegation contained the Complaint.

27   78. Answering the allegations of paragraph 78, Defendant denies each and every

28 allegation of paragraph 78.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

12.   No.  5:10:cv-04374-EJD

DEFENDANT UNITED RENTALS NORTHWEST, INC.'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

1             **DEFENDANT'S ANSWER TO PLAINTIFF'S PRAYER FOR RELIEF**

2         79.    Answering Plaintiff's prayer for relief numbered "a" through "k," Defendant

3 denies that Plaintiff is entitled to any such relief as alleged therein.

4                           **AFFIRMATIVE DEFENSES**

5         AS AND FOR A FIRST SEPARATE AND AFFIRMATIVE DEFENSE, Defendant

6 alleges that:

7         The Complaint fails to state a claim upon which relief may be granted.

8         AS AND FOR A SECOND SEPARATE AND AFFIRMATIVE DEFENSE,

9 Defendant alleges that:

10         Plaintiff's claims, or the claims he may seek to assert on behalf of others, are barred

11 by the applicable statutes of limitations, including but not limited to, California Code of Civil

12 Procedure Sections 335, 338, *et seq.*, California Labor Code Section 203, and California Business

13 and Professions Code Section 17208. To the extent that Plaintiff is claiming civil penalties over one

14 year from the date of the alleged violation, Plaintiff's claims are barred under California Code of

15 Civil Procedure Section 340.

16         AS AND FOR A THIRD SEPARATE AND AFFIRMATIVE DEFENSE, Defendant

17 alleges that:

18         Plaintiff's Complaint fails to state a cognizable class under Code of Civil Procedure

19 Section 382, FRCP Rule 23, or under any applicable rule or law regulating the maintenance of

20 collective or class actions, including but not limited to, Plaintiff's failure to establish the requisite

21 numerosity, commonality, typicality of claims and defenses, and representative status and/or

22 standing.

23         AS AND FOR A FOURTH SEPARATE AND AFFIRMATIVE DEFENSE,

24 Defendant alleges that:

25         Defendant acted reasonably and in reliance upon written administrative regulations,

26 order, or rulings to assure full compliance with all applicable requirements of California State law

27 relative to compensation paid to Plaintiff.

28         AS AND FOR A FIFTH SEPARATE AND AFFIRMATIVE DEFENSE, Defendant

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

13.        No. 5:10:cv-04374-EJD

DEFENDANT UNITED RENTALS NORTHWEST, INC.'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

1 | alleges that:

2 |      Defendant is informed and believes that a reasonable opportunity for investigation
3 | and discovery will reveal, and on that basis alleges that the Complaint and each cause of action set
4 | forth therein is barred by the equitable doctrines of waiver, estoppel, consent, and/or laches.

5 |      AS AND FOR A SIXTH SEPARATE AND AFFIRMATIVE DEFENSE, Defendant
6 | alleges that:

7 |      Plaintiff's Complaint and each cause of action thereof fails to state a valid claim for
8 | punitive, exemplary, or liquidated damages.  Defendant has made good faith efforts to comply with
9 | the law and as such even if, *arguendo*, Plaintiff, could establish any of the claims alleged in the
10 | Complaint, there has been no willful violation of law.

11 |      AS AND FOR A SEVENTH SEPARATE AND AFFIRMATIVE DEFENSE,
12 | Defendant alleges that:

13 |      Even if, *arguendo*, Plaintiff, or any of them, could establish a claim for damages,
14 | Plaintiff and each of them failed to mitigate such damages, if any.

15 |      AS AND FOR AN EIGHTH SEPARATE AND AFFIRMATIVE DEFENSE,
16 | Defendant alleges that:

17 |      The Private Attorney General Act "PAGA" imposes excessive fines in violation of
18 | Amendment 8 of the California Constitution.

19 |      AS AND FOR A NINTH SEPARATE AND AFFIRMATIVE DEFENSE, Defendant
20 | alleges that:

21 |      The fines imposed by PAGA violate the substantive due process guaranteed by
22 | Article I, section 7 of the California Constitution and the Fourteenth Amendment of the United
23 | States Constitution.

24 |      AS AND FOR A TENTH SEPARATE AND AFFIRMATIVE DEFENSE, Defendant
25 | alleges that:

26 |      The claims of the individual Plaintiff is misjoined as he does not assert any right to
27 | relief that arises out of the same transaction or occurrence, or the same series of transactions and
28 | occurrences, within the meaning of California Code of Civil Procedure section 378(a)(1).

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

14.

No. 5:10:cv-04374-EJD

DEFENDANT UNITED RENTALS NORTHWEST, INC.'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

1    AS AND FOR AN ELEVENTH SEPARATE AND AFFIRMATIVE DEFENSE,

2    Defendant alleges that:

3    Defendant is informed and believes that a reasonable opportunity for investigation

4    and discovery will reveal, and on that basis alleges, that the Complaint, and each purported cause of

5    action therein, or some of them, are barred by Plaintiff's own breach of duties owed to Defendant

6    under California Labor Code sections 2853 through 2859.

7    AS AND FOR A TWELFTH SEPARATE AND AFFIRMATIVE DEFENSE,

8    Defendant alleges that:

9    Plaintiff's claims for penalties, including, but not limited to penalties under labor

10   Code section 203, are barred because (1) there are *bona fide* disputes as to whether further

11   compensation is due to Plaintiff, and if so, as to the amount of such further compensation, (2)

12   Defendant has not willfully failed to pay such additional compensation, if any is owed, and (3) to

13   impose waiting time penalties in this case would be inequitable and unjust.

14   AS AND FOR A THIRTEENTH SEPARATE AND AFFIRMATIVE DEFENSE,

15   Defendant alleges that:

16   Plaintiff's Complaint, and each purported cause of action therein, is barred because

17   pursuit of a representative or collective action, in the context of the facts and circumstances of this

18   case, would constitute a denial of Defendant's due process rights and to a trial by jury, both

19   substantive and procedural, in violation of the Due Process and Equal Protection clauses of the

20   Fourteenth Amendment of the United States Constitution and the Due Process and Equal Protection

21   clauses of Article I, Section 7 of the California Constitution.

22   AS AND FOR A FOURTEENTH SEPARATE AND AFFIRMATIVE DEFENSE,

23   Defendant alleges that:

24   Plaintiff's Complaint, and each and every cause of action contained therein, is barred

25   in whole or in part by the Excessive Fines Clause of the U.S. Constitution.

26   AS AND FOR A FIFTEENTH SEPARATE AND AFFIRMATIVE DEFENSE,

27   Defendant alleges that:

28   Plaintiff's Complaint, and each and every cause of action contained therein, are

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

15.

No. 5:10:cv-04374-EJD

DEFENDANT UNITED RENTALS NORTHWEST, INC.'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

1    barred in whole or in part by the Due Process Clause of the California Constitution as interpreted in

2    *Hale v. Morgan*, 22 Cal. 3d 388 (1978), and its progeny.

3           AS AND FOR A SIXTEENTH SEPARATE AND AFFIRMATIVE DEFENSE,

4    Defendant alleges that:

5           Defendant is informed and believes that further investigation and discovery will

6    reveal, and on that basis allege, that any entitlement to relief by Plaintiff and/or those persons whom

7    he seeks to represent is barred or limited by the doctrines of "avoidable consequences."

8           AS AND FOR A SEVENTEENTH SEPARATE AND AFFIRMATIVE DEFENSE,

9    Defendant alleges that:

10          Plaintiff's claims for injunctive and other equitable relief are barred because Plaintiff

11   has an adequate remedy at law.

12          AS AND FOR AN EIGHTEENTH SEPARATE AND AFFIRMATIVE DEFENSE,

13   Defendant alleges that:

14          The Complaint and each and every cause of action set forth therein is preempted

15   and/or barred as a matter of law, in whole or in part, by the Federal Aviation Administration Act of

16   1994 (FAAAA).

17          AS AND FOR A NINETEENTH SEPARATE AND AFFIRMATIVE DEFENSE,

18   Defendant alleges that:

19          The Complaint and each and every cause of action set forth therein is preempted

20   and/or barred as a matter of law, in whole or in part, by the hours of service regulations promulgated

21   by the Federal Motor Carrier Safety Administration (FMCSA) of the U.S. Department of

22   Transportation; 29 U.S.C. §213(b)(1); 8 Cal. Code Regs § 11090(3(L)(1); IWC Wage Order 9-2001

23   § 3(L)(1).

24          AS AND FOR A TWENTIETH SEPARATE AND AFFIRMATIVE DEFENSE,

25   Defendant alleges that:

26          To the extent Plaintiff claims overtime wages, his claim is barred by the Motor

27   Carrier exemption; 29 U.S.C. § 213(b)(1); 8 Ca. Code Regs. § 11090(3)(L)(1); IWC Wage Order 9-

28   2001 § 3(L)(1).

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113-2303
408 998 4150

16.

No. 5:10:cv-04374-EJD

DEFENDANT UNITED RENTALS NORTHWEST, INC.'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

1    AS AND FOR A TWENTY-FIRST SEPARATE AND AFFIRMATIVE DEFENSE,

2    Defendant alleges that:

3    Plaintiff's claims under Cal. Labor Code § 226.7,512; 8 Cal. Code Regs §§ 11090(11)

4    and (12); IWC Wage Order 9-2001(11) and (12), are barred because they are an undue burden upon

5    interstate commerce in violation of the U.S. Constitution.

6    AS AND FOR A TWENTY-SECOND SEPARATE AND AFFIRMATIVE

7    DEFENSE, Defendant alleges that:

8    Any alleged "off the clock" work by Plaintiff was de minimis and thus not

9    compensable under California law.

10    WHEREFORE, Defendant seeks judgment against Plaintiff as follows:

11    1.    Dismissing Plaintiff's Complaint on the merits and with prejudice;

12    2.    Awarding Defendant its attorneys' fees, costs and disbursements; and

13    3.    Awarding such other relief as the Court deems just and equitable.

14    Dated: December 12, 2011

15

16                                    //s// _Todd K. Boyer_
                                      TODD K. BOYER
17                                    LITTLER MENDELSON
                                      A Professional Corporation
18                                    Attorneys for Defendant
                                      UNITED RENTALS NORTHWEST, INC.
19                                    (ERRONEOUSLY SUED HEREIN AS
                                      UNITED RENTALS, INC.)
20

21    Firmwide:104969698.1 028767.1089

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113 2303
408.998.4150

No. 5:10-cv-04374-EJD

DEFENDANT UNITED RENTALS NORTHWEST, INC.'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT