MICHELLE B. HEVERLY, Bar No. 178660
TODD K. BOYER, Bar No. 203132
MICHAEL E. HARVEY, Bar No. 267684
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Facsimile: 408.288.5686

Attorneys for Defendant
UNITED RENTALS NORTHWEST, INC.
(ERRONEOUSLY SUED HEREIN AS UNITED
RENTALS, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL RAMIREZ,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED RENTALS, INC., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>   Defendant. | Case No. 5:10-cv-04374-EJD<br><br>**STIPULATION TO CONTINUE HEARING DATE ON MOTION FOR CLASS CERTIFICATION** |

Defendant United Rentals Northwest, Inc. (erroneously sued herein as United Rentals, Inc.) (hereinafter "United Rentals" or "Defendant") and Plaintiff Daniel Ramirez (hereinafter "Plaintiff") hereby stipulate as follows:

1.  The parties stipulate to reschedule the hearing on any motion for certification of the class in this matter from February 3, 2012, to March 16, 2010 at 9:00 a.m. The briefing related to this motion shall follow the briefing deadlines as set forth in Northern District Local Rule 7-1 through 7-4.

2.  This stipulation is based on the need for additional discovery prior to filing any motion on for certification and the parties have reserved the date for hearing.

TTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

Case No. 5:10-cv-04374-EJD

STIP TO CONTINUE HEARING FOR MOTION ON CLASS CERTIFICATION

Dated: December 21, 2011

/s/ *Helen Marsh*
HELEN MARSH
LAW OFFICES OF DANIEL FEDER
Attorneys for Plaintiff
DANIEL RAMIREZ

Dated: December 21, 2011

/s/ *Todd K. Boyer*
TODD K. BOYER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
UNITED RENTALS NORTHWEST, INC.

## ORDER

Good cause appearing, the parties stipulation to continue the hearing date on any motion for class certification from February 3, 2012 to March 16, 2012 as set forth in the Stipulation above, is hereby GRANTED. The new hearing date for any certification motion is now March 16, 2012 at 9:00 a.m. Briefing deadlines shall be in accordance with Northern District Local Rule 7-1 through 7-4.

Dated: December 28, 2011

Hon. Edward J. Davila
United States District Judge

Firmwide:105733754.1 028767.1089

TTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

2.  Case No. 5:10-cv-04374-EJD

STIP TO CONTINUE HEARING FOR MOTION ON CLASS CERTIFICATION