Daniel L. Feder, Esq., SB # 130867
Helen L. Marsh, Esq., SB # 113987
**LAW OFFICES OF DANIEL FEDER**
332 Pine Street, Suite 700
San Francisco, CA 94104
Telephone:   (415) 391-9476
Facsimile:    (415) 391-9432
danfeder@pacbell.net
helenmarsh@comcast.net

Attorneys for Plaintiff
Daniel Ramirez

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DANIEL RAMIREZ, individually and on behalf of all others similarly situated, <br><br>    Plaintiffs, <br><br> v. <br><br> UNITED RENTALS, INC., a Delaware Corporation, and DOES 1-100, inclusive, <br><br>    Defendants. | Case No. 5:10-CV-04374 EJD <br><br> **JOINT STIPULATION TO VACATE PRETRIAL DEADLINES AND TO REQUIRE SUBMISSION OF JOINT CASE MANAGEMENT STATEMENT** |

1     Plaintiff Daniel Ramirez and Defendant United Rentals Northwest, Inc. hereby seek to
2 stipulate to an extension of time for all current pre-trial deadlines, including the April 2, 2012
3 deadline for close of discovery, and the June 1, 2012 deadline for hearing dispositive motions.
4 These dates were set on June 15, 2011. Dkt.# 15. The parties also seek to stipulate to a
5 continuance of the Pre-Trial Conference set for June 1, 2012.
6     In support of this Stipulation, the parties state that Plaintiff's Motion for Class
7 Certification was argued on March 16, 2012. The extent and nature of additional discovery
8 required is dependent in large part on whether the class is certified. Therefore, the parties jointly
9 request that this Court approve this stipulation vacating the existing pre-trial deadlines and
10 requiring the parties to submit a Joint Case Management Statement within fourteen days after the
11 Court's ruling on the motion for class certification.

13 Dated: March 29, 2012             **LAW OFFICES OF DANIEL L. FEDER**

Helen L. Marsh
Law Office of Daniel L. Feder
Attorneys for Plaintiff Daniel Ramirez

Ramirez et al. v. United Rentals Inc. (No. 5:10-CV-04374-EJD)
Joint Stipulation to Vacate Pretrial Deadlines and to Require Submission of Joint Case Management Statement

Dated: March 29, 2012

LITTLER MENDELSON, P.C.

Todd K. Boyer
Littler Mendelson, P.C.
A Professional Corporation
Attorneys For Defendant
United Rentals Northwest, Inc.
(Erroneously Sued Herein As
United Rentals, Inc.)

## ORDER

Good cause appearing, the parties' stipulation vacating existing pretrial deadlines is GRANTED. The parties are order to submit a Joint Case Management Statement within fourteen days after the Court rules on the motion for class certification.

Dated: April 3, 2012

Hon. Edward J. Davila
United States District Judge