Daniel L. Feder, Esq., SB # 130867
Claire E. Cochran, Esq. SB #222529
**LAW OFFICES OF DANIEL FEDER**
332 Pine Street, Suite 700
San Francisco, CA  94104
Telephone:     (415) 391-9476
Facsimile:      (415) 391-9432
danfeder@pacbell.net
clairec3661@gmail.com

Attorneys for Plaintiff
Daniel Ramirez

IT IS SO ORDERED

Judge Edward J. Davila

7/17/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL RAMIREZ, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>UNITED RENTALS, INC., a Delaware Corporation, and DOES 1-100, inclusive,<br><br>                    Defendants. | **Case No.  CV-10-04374 EJD**<br><br>**NOTICE OF WITHDRAWAL OF NOTICE OF APPEAL** |

/
/
/
/
/
/

1         Notice is hereby given that the Appellant DANIEL RAMIREZ, individually and

2    on behalf of all others similarly situated, in the above named case, hereby withdraw the

3    Notice of Appeal filed on July 9, 2013 (Docket Nos. 64&65)   concerning the Order

4    Denying Class Certification entered in this action on the 12th Day of June 2013.(Docket

5    No.61)

6

7    Dated: July 16, 2013                          Law Offices of Daniel Feder

8

9                                  _____/s/_____

10                               DANIEL FEDER
                            Attorneys for Plaintiffs/Appellants

11                               DANIEL RAMIREZ

12                               The Law Offices of Daniel Feder

13                               332 Pine St., Ste 700

14                               San Francisco, CA 94104

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Ramirez v. United Rentals, et al*                          **NOTICE OF WITHDRAWAL OF NOTICE OF APPEAL**